UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH GARCIA,

                    Plaintiff,

- against -

CHARLES HYNES, DISTRICT ATTORNEY;
LEAH ROSS, ASSISTANT DISTRICT
ATTORNEY; POLICE OFFICER DANIEL
CASTRO-NOVO - SHIELD #27956; CITY OF
NEW YORK,

                    Defendants.
-----------------------------------------------------------X

**ORDER**

08 CV 3115 (RJD) (LB)

DEARIE, Chief Judge.

      On December 18, 2008, Magistrate Judge Lois Bloom recommended that the Court dismiss plaintiff's claim without prejudice for failure to provide a current address or otherwise contact the Court, in violation of Magistrate Judge Bloom's order of November 5, 2008. Objections to this Report & Recommendation were due on January 8, 2009. No objections have been filed.

      The Court therefore adopts Magistrate Judge Bloom's Report & Recommendation in its entirety.

SO ORDERED.

Dated: Brooklyn, New York
       March 3/, 2009

                                      s/ Judge Raymond J. Dearie

                                      RAYMOND J. DEARIE
                                      United States District Judge